**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-27899 |
| Patrick J. Leib | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |
| | § | |

**CERTIFICATE OF SERVICE**

To:   See attached Service List

I, the undersigned attorney, certify that I served a copy of **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** upon the person(s) listed above by mailing the same by First Class U.S. Mail at Chicago, Illinois on the date set forth below, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid documents with the Clerk of the Bankruptcy Court through the CM/ECF system.

Dated: July 7, 2017                            */s/ Joji Takada*
                                                          Bankruptcy Trustee

Prepared by:

Joji Takada
TAKADA LAW OFFICE, LLC
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

**SERVICE LIST**

Town Center Bank
120 S. LaSalle St. #1335
Chicago, IL 60603

Patrick J. Leib
16420 S. River Road
Plainfield, IL 60586

- Thomas J. Dillon     t.dillon@mcdillaw.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Joji Takada     trustee@takadallc.com, jtakada@ecf.epiqsystems.com
- Thomas W Toolis     twt@jtlawllc.com, lld@jtlawllc.com;axb@jtlawllc.com;reception@jtlawllc.com