UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| Patrick J. Leib | § | Case No. 16-27899 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 1,356,650.00         Assets Exempt: 175,040.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 21,123.14     Claims Discharged
                                                Without Payment: 1,422,883.33

Total Expenses of Administration: 3,309.00

---

3) Total gross receipts of $ 24,432.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 24,432.14 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 600,442.00 | $ 18,666.50 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,309.00 | 3,309.00 | 3,309.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 380,677.00 | 462,887.47 | 462,887.47 | 21,123.14 |
| **TOTAL DISBURSEMENTS** | $ 981,119.00 | $ 484,862.97 | $ 466,196.47 | $ 24,432.14 |

    4) This case was originally filed under chapter 7 on 08/31/2016. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/14/2017            By: /s/Joji Takada, Chapter 7 Trustee
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Edward Jones | 1129-000 | 7,165.60 |
| Old Second National Bank - Patco Construction, Inc. Business | 1129-000 | 5,365.72 |
| Stifel - Money Market | 1129-000 | 11,900.82 |
| **TOTAL GROSS RECEIPTS** | | **$24,432.14** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JM Auto Works, 682 Phelps Avenue Romeoville, IL 60446 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Old Second National Bank, 37 S River St Aurora, IL 60506 | | 42,442.00 | NA | NA | 0.00 |
| | Old Second National Bank, 37 S River St Aurora, IL 60506 | | 558,000.00 | NA | NA | 0.00 |
| 1 | Town Center Bank | 4120-000 | NA | 18,666.50 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 600,442.00 | $ 18,666.50 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 3,193.21 | 3,193.21 | 3,193.21 |
| Joji Takada | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| Associated Bank | 2600-000 | NA | 115.79 | 115.79 | 115.79 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 3,309.00 | $ 3,309.00 | $ 3,309.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | At&T Universal Citi Card, Po Box 6500 Sioux Falls, SD 57117 | | 379.00 | NA | NA | 0.00 |
| | Capital One / Menard, Attn: Bankruptcy Dept Po Box 30258 Salt Lake City, UT 84130 | | 903.00 | NA | NA | 0.00 |
| | Check Systems, Inc., Attn: Customer Relations 7805 Hudson Road, Ste 100 Woodbury, MN 55125 | | 0.00 | NA | NA | 0.00 |
| | Equifax Information Services, LLC, P.O. Box 740256 Atlanta, GA 30374-0256 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Experian, P.O. Box 9701 Allen, TX 75013-9701 | | 0.00 | NA | NA | 0.00 |
| | Rathbun, Cservenyak, and Kozol LLC, 3260 Executive Dr. Joliet, IL 60431 | | 0.00 | NA | NA | 0.00 |
| | Town Center Bank, 20181 S La Grange Road Frankfort, IL 60423 | | 379,395.00 | NA | NA | 0.00 |
| | TransUnion Consumer Solutions, P.O. Box 2000 Chester, PA 19022-2002 | | 0.00 | NA | NA | 0.00 |
| 1 | Town Center Bank | 7100-000 | NA | 462,887.47 | 462,887.47 | 21,123.14 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 380,677.00 | $ 462,887.47 | $ 462,887.47 | $ 21,123.14 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-27899 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Patrick J. Leib | | | | Date Filed (f) or Converted (c): | 08/31/2016 (f) |
| | | | | | 341(a) Meeting Date: | 09/29/2016 |
| For Period Ending: | 11/14/2017 | | | | Claims Bar Date: | 02/07/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 16420 S. River Road Plainfield Il 60586-0000 Will | 1,350,000.00 | 1,350,000.00 | | 0.00 | FA |
| 2. 2003 Ford Ranger Mileage: 131,000 /Kelley Blue Book | 1,600.00 | 1,600.00 | | 0.00 | FA |
| 3. 2003 Lincoln Navigator Mileage: 86,000 /Kelley Blue Book | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 4. 2005 Mercedes-Benz Sl500 Mileage: 18,000 /Kelley Blue Book - | 16,000.00 | 16,000.00 | | 0.00 | FA |
| 5. Miscellaneous Household | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous Electronics | 250.00 | 0.00 | | 0.00 | FA |
| 7. 22 Rifle | 200.00 | 0.00 | | 0.00 | FA |
| 8. Everyday Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 9. Miscellaneous Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 10. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 11. Old Second National Bank - Patco Construction, Inc. Business | 6,000.00 | 0.00 | | 5,365.72 | FA |
| 12. Stifel - Money Market | 11,641.50 | 0.00 | | 11,900.82 | FA |
| 13. Edward Jones | 7,025.00 | 0.00 | | 7,165.60 | FA |
| 14. Edwards Jones | 152,499.00 | 0.00 | | 0.00 | FA |
| 15. Catholic Order Of Foresters | 1,841.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $1,554,806.50     $1,372,100.00          $24,432.14     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Page: 2

Case 16-27899    Doc 56    Filed 12/07/17    Entered 12/07/17 14:11:10    Desc Main
Administering nonexempt bank funds. - Joji Takada 11/28/2016
                                 Document      Page 8 of 11

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/31/2017     Current Projected Date of Final Report (TFR): 12/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-27899  
Case Name: Patrick J. Leib  
Taxpayer ID No:  
For Period Ending: 11/14/2017  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0395  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/23/16 | | Jennifer Leib | Non-exempt funds<br>Nonexempt funds re brokerage and bank accounts | | $24,432.14 | | $24,432.14 |
| | | | Gross Receipts    $24,432.14 | | | | |
| | 11 | | Old Second National Bank - Patco Construction, Inc. Business    $5,365.72 | 1129-000 | | | |
| | 12 | | Stifel - Money Market    $11,900.82 | 1129-000 | | | |
| | 13 | | Edward Jones    $7,165.60 | 1129-000 | | | |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.54 | $24,421.60 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.30 | $24,385.30 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.75 | $24,352.55 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.20 | $24,316.35 |
| 08/22/17 | 1001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $3,193.21 | $21,123.14 |
| 08/22/17 | 1002 | Town Center Bank<br>120 S. Lasalle St. #1335<br>Chicago, Il 60603 | Final distribution per court order. | 7100-000 | | $21,123.14 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $24,432.14 | $24,432.14 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $24,432.14 | $24,432.14 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $24,432.14 | $24,432.14 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Net $24,432.14    $24,432.14

Exhibit 9

| | Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0395 - Checking | $24,432.14 | $24,432.14 | $0.00 |
|  | $24,432.14 | $24,432.14 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $24,432.14 |
| Total Gross Receipts: | $24,432.14 |

Page Subtotals:    $0.00    $0.00